UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:18-cv-01457-DAD-EPG<br><br>ORDER RELATING AND REASSIGNING CASES |
| DIMITRIOS KASTIS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No. 1:18-cv-01521-AWI-SKO |

Review of the complaints in the above-captioned cases reveals that they are related under this court's Local Rule 123(a) to the following actions pending before the undersigned: (1) *Kastis v. Alvarado*, 1:18-cv-01325-DAD-BAM; (2) *Kastis v. Clovis Police Department*, 1:18-cv-01378-DAD-BAM; and (3) *Kastis v. District Attorney's Office Fresno County*, 1:18-cv-01430-DAD-BAM. Accordingly, assignment of the above-captioned actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and

parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the above-captioned actions be reassigned to the undersigned and Magistrate Judge Barbara A. McAuliffe.

Accordingly, documents in the above-referenced actions shall bear the following new case numbers: **1:18-cv-01457-DAD-BAM** and **1:18-cv-01521-DAD-BAM.**

IT IS SO ORDERED.

Dated: __**November 6, 2018**__  *Dale A. Drozd*
 UNITED STATES DISTRICT JUDGE